FILED
APR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DR. MONROE R. PARKER, JR.,
5174 McGinnis Ferry Road, #108
Alpharetta, Georgia 30005
770-823-9240

vs.                                            CIVIL ACTION NO._____

EDWARD JONES
700 Maryville Centre Drive
St. Louis, MO 63141-5818

BANK OF AMERICA CORPORATION
401 N. TRYON STREET                    CASE NUMBER  1:06CV00737
NC1 021 02-20
CHARLOTTE, NC 28255                    JUDGE: Emmet G. Sullivan

                                       DECK TYPE: Contract
ROBERT WILSON
211 CONSUMERS RD                       DATE STAMP: 04/24/2006
NORTH YORK, ONTARIO M2M3W2
CANADA

ANDREW SYLMAN
SYLMAN CAPITAL MANAGEMENT
44 HUNTLY STREET
TORONTO, ON, CANADA, M2M8Y5

THAI TRINH
12308 ROYAL PALM BLVD.
CORAL SPRINGS, FL 33071

ROYAL YORKLAND FINANCIAL CORP.
C/O ANDREW SYLMAN
44 HUNTLY STREET
TORONTO, ON, CANADA, M2M8Y5

RECEIVED
APR 06 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

MICHAEL CARTER AND THE FINANCIAL
TRANSACTION & REPORT ANAYLSIS
CENTER OF CANADA (ftf_Canada@legislator
.com) 24ᵀᴴ FLOOR,234 LAURIER AVENUE WEST
OTTAWA, ON
K1P1H7
CANADA

## COMPLAINT

1. On Tuesday, February 28,2006, this plaintiff filed a racial discrimination complaint against Edward Jones, WITH **THE U.S. SECURITIES AND EXCHANGE COMMISSION**, whom to date has failed to respond. A person from their compliance department called and wanted to talk about the complaint, no response. My attorney advised against talking to him. They later threatened criminal actions for depositing a fraudulent check, they issued two redemption checks, Check-City Of Richmond cashed, both of them, only to have Edward Jones to put a stop-payment on both checks, fifteen days later. Bryan Rea of Edward Jones verified a check for $98,500 with Bank Of America, signed by Thai Trinh, of [12308 Royal Palm Blvd., Coral Springs, Florida 33071], on January 31, 2006. The plaintiff received two other checks from Mr. Trinh, which he never reported stolen. Mr. Trinh signed all checks, sent to Andrew Sylman and Royal Yorkland Financial Corporation of [Toronto, Canada],

2

who sent the checks to Dr. Monroe R. Parker, Jr., at 1036 Dutchtown Road, #F-4, Savannah, Georgia, 31419. This package was sent by express Courier, UPS/Tracking Number: **1Z24RW116638710282. This package was sent by Robert Wilson, 211 Consumers Road, North York, Ontario, M2M3W2, CANADA. The plaintiff apply for this $98,500 loan from the Royal Yorkland Financial Corporation, by their agent Andrew Sylman and the Sylman Management, at a rate of 1.75% per month, until repaid. However, Edward Jones withheld $23,000 of the loan. The plaintiff and Andrew Sylman developed a dispute, Andrew Sylman directed Thai Trinh to put a stop-payment on the check, two weeks after it was cleared and paid by Bank Of America, however, the stop-payment could not be used, so Mr. Sylman directed Trinh to falsely allege that the check was stolen. Trinh, Sylman, Bank Of America, and Edward Jones acted in concert with one another in promoting these material falsehoods.**

2. Plaintiff received several emails from Andrew Sylman referring to a agreement, on how to disburse the fund, that he later would allege to Bank Of America was a stolen check.

3

3. On February 13, 2006, plaintiff received an email from FINTRAC[FINANCIAL TRANSACTION & REPORT ANALYSIS CENTER OF CANADA], ALLEGING THAT " THEY RECEIVED AN OFFICIAL COMPLAINT AGAINST YOU FROM YORKLAND FINANCIAL CORPORATION, in the matter of a violation of the terms of a credit facility made out to you in the amount of Ninety-Eight Thousand, Five Hundred & Fifty Thousand Dollars(US$98,550.00)". ALL FINANCIAL ACTIVITIES HANDLED BY ROYAL YORKLAND FINANCIAL CORPORATION, MENTIONED ISSUER OF THIS LOAN, WHEN ABOVE US$10,000 NORMALLY MUST PASS CLEARANCE VIA FINTRAC.

4. PLAINTIFF FILED A COMPLAINT WITH THE OFFICE OF THE COMPTROLLER OF THE CURRENCY, AGAINST BANK OF AMERICA, MARCH 17, 2006. THE BANK HAS YET TO REPOND.

RELIEF

I AM SEEKING COURT-ORDERED MEDIATION, TRIAL BY JURY, ACTUAL AND COMPENSATORY DAMAGES IN THE AMOUNT OF $10,000,00.00, THE RIGHT TO AMEND, PRE-TRIAL STATUS CONFERENCE, A TEMPORARY RESTRAINING ORDER AGAINST ALL NAMED DEFENDANTS, AND ANY OTHER RELIEF THAT THIS HONORABLE COURT MAY ORDER.

DATED: _March 30, 2006_

*/s/ Dr. Monroe R. Parker Jr.*
DR. MONROE R. PARKER, JR.
5174 McGinnis Ferry Road,
Suite 108
Alpharetta, Georgia 30005
Barristermp11@yahoo.com