UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. MONROE R. PARKER, JR., | ) | CASE NO. 1-06CV00737 |
| | ) | Judge Emmet G. Sullivan |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD JONES, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

Defendant, Bank of America, N.A. ("BOA"), by its undersigned attorneys, hereby moves to dismiss Plaintiff's Complaint and all claims contained herein against BOA for failure to state a claim upon which relief can be granted and Plaintiff's failure to state the Court's basis for jurisdiction pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 8(a). In the alternative, BOA moves for a more definite statement pursuant to Fed. R. Civ. P. 12(e). The grounds for this motion are set forth in greater detail in the accompanying Memorandum of Points and Authorities.

WHEREFORE, Defendant Bank of America, N.A. requests that this case be dismissed for failure to state a claim upon which relief can be granted and Plaintiff's failure to state the Court's basis for jurisdiction, or in the alternative, that Plaintiff be required to produce a more definite statement.

Respectfully submitted,

_____/s/_____
Jefferson V. Wright
Donald E. English, Jr.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (fax)

*Attorneys for Defendant, Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 30th day of May, 2006 in accordance with the Court's procedures for electronic filing.

In addition, I certify that a copy of the foregoing was sent by first-class mail, postage prepaid, to: Dr. Monroe R. Parker, 5174 McGinnis Ferry Road, Suite 108, Alpharetta, Georgia 30005.

_____/s/_____
Donald E. English, Jr.