UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. MONROE R. PARKER, JR., | ) | CASE NO. 1-06CV00737 |
| | ) | Judge Emmet G. Sullivan |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD JONES, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of Defendant Bank of America, N.A.'s ("BOA") Motion to Dismiss or in the Alternative for a More Definite Statement, and the filings relating thereto, it is this ___ day of _____ 2006, hereby

ORDERED, that the motion be, and hereby is, GRANTED, and it is FURTHER ORDERED, that the Complaint be dismissed with respect to BOA.

_____
Emmet G. Sullivan
United States District Judge