UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MONROE R. PARKER, JR., | ) |
| Plaintiff, | ) |
| vs. | ) No. 1-06CV00737 |
| | ) Hon. Emmet G. Sullivan |
| EDWARD JONES, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANT EDWARD JONES' MOTION TO DISMISS**

At a session of said Court, held in the United States District Court, District of Columbia on _____

PRESENT: HON. _____
U.S. DISTRICT COURTJUDGE

These matters having come before the Court on Defendant's Motion to Dismiss Or, In The Alternative, For More Definite Statement;

The Court having reviewed the motion and briefs and being otherwise advised in the premises,

IT IS ORDERED that Plaintiff Dr. Monroe R. Parker, Jr.'s Complaint is hereby dismissed with prejudice.

_____
U.S. DISTRICT COURT JUDGE

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS