UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONROE R. PARKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0737 (EGS) |
| | ) | |
| | ) | |
| EDWARD JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

Pending before the Court are the separate motions to dismiss or, in the alternative, for a more definite statement brought on behalf of the Bank of America and Edward Jones. Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice… should include an explanation that the failure to respond…may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiff shall respond to each defendant's motion by **July 18, 2006**. If plaintiff does not respond by that date, the Court will treat any unopposed motion as

2

conceded and will dismiss the complaint against the respective movant and, pursuant to 28 U.S.C. § 1915(e)(2), may dismiss the case in its entirety.

.
                                                     SIGNED: EMMET G. SULLIVAN
                                                   UNITED STATES DISTRICT JUDGE

DATE: June 15, 2006