**Department of Justice**  
**Canada**

Ministère de la Justice  
Canada

Ottawa, Canada  
K1A 0H8

FINTRAC Legal Services  
24th Floor  
234 Laurier Avenue West  
Ottawa, Ontario  
K1P 1H7

Telephone: (613) 943-3396  
Facsimile:  (613) 943-3393

*RECEIVED 2006 MAY 26 A 8:29 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA*

May 16, 2006

U.S. Department of Justice  
United States Marshals Service  
District of Columbia  
333 Constitution Avenue, N.W.  
Room 1106-B  
Washington, D.C., 20001

Dear Sir/Madam:

<u>Re:  **Civil Action, File Number  06 737 EGS**</u>

I am the Department of Justice General Counsel at the Financial Transactions and Reports Analysis Centre of Canada (FINTRAC).  I am writing with respect to two *Notices and Acknowledgements of Receipt of Summons and Complaint by Mail* that were sent to FINTRAC by the United States Marshals Service and were received in this office on May 10, 2006.

One of the letters was addressed to Michael Carter, 24th floor 234 Laurier Ave. West, Ottawa, Ontario, Canada (which is FINTRAC's address) while the other was addressed to Financial Transaction (sic) & Report (sic) Anaylsis (sic) at the same address.  These envelopes contained a complaint in which "Michael Carter and the Financial Transaction (sic) & Report (sic) Anaylsis (sic) Center of Canada (ftf Canada@legislator.com) 24th floor 234 Laurier Ave. West Ottawa, Ontario" are listed as defendants in civil action launched by Dr. Monroe R. Parker, Jr.

I first wish to advise that I have consulted with FINTRAC's head of Human Resources who has confirmed that, at no time since FINTRAC was created in July 2000, has someone named "Michael Carter" worked for FINTRAC. Furthermore, I wish to advise that, at my request, a search was undertaken of the e-mails sent by FINTRAC to determine if an e-mail was sent to the plaintiff

RECEIVED  
MAY 2 6 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

**Canada**

on February 13, 2006 as is alleged in the Complaint. This search determined that no e-mail message was sent to the plaintiff on February 13, 2006. Indeed, according to FINTRAC's records, there has never been any correspondence between FINTRAC and the plaintiff on this or any other matter.

The Complaint also states that "when above US $10,000 (transactions) normally must pass clearance via FINTRAC". Under its enabling legislation, the *Proceeds of Crime (Money Laundering) and Terrorist Financing Act*, FINTRAC does not have any authority to approve any financial transactions. The Agency was created to receive reports from financial institutions and to transmit financial intelligence to police. It does not have the power to approve any transactions and did not approve a transaction in this case.

Finally, I would draw your attention to the website noted in the Complaint (ftf Canada@legislator.com). This is not FINTRAC's website and indeed this website does not appear to exist. For your information, FINTRAC's website is FINTRAC.gc.ca.

It would appear, therefore, that someone purporting to be a FINTRAC employee has been in contact with the plaintiff in this matter. By copy of this letter I am apprising the Royal Canadian Mounted Police regarding this matter. In the circumstances, I would suggest that the plaintiff also bring this matter to the attention of police.

For all of the above reasons, I respectfully request that FINTRAC be struck as a defendant and that I be apprised of this development. Should you have any questions regarding this matter, I can be contacted at dubrulp@fintrac.gc.ca.

Yours truly,

Paul Dubrule
General Counsel
FINTRAC


cc -   Dr. Monroe R. Parker, Jr.

       Chief Superintendent Don Killan
       "A" Division, RCMP
       (with attachments)