UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. MONROE PARKER, JR., )
 )
   Plaintiff, )
 )  Case No. 1-06CV00737
   versus )  Judge Emmet G. Sullivan
 )
EDWARD JONES, ET AL, )
 )
   Defendants. )

**MOTION FOR LEAVE TO FILE OUT OF TIME
DEFENDANT FINTRAC'S MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6) AND
FOR LACK OF JURISDICTION UNDER 12(b)(1) AND 12(b)(2)**

Defendant Financial Transactions and Reports Analysis Centre of Canada ("FINTRAC") respectfully submits this motion for leave to file out of time. The Summons and Complaint were initially sent to FINTRAC, an agency of the Canadian government, by the U.S. Marshals Service. There is no indication that this service by mail required a signed receipt, as mandated by 28 U.S.C. §1608(b)(3)(B) which governs service of process on an agency of a foreign government. Assuming service was properly perfected, a stamp indicates that "S. Ferguson" signed the acknowledgement of receipt on May 10, 2006. Defendant FINTRAC's response t the Complaint was due on or before July 10, 2006. 28 U.S.C. § 1608(d) (In any action brought in a court of the United States or of a State, a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section).

The myriad factual inaccuracies about FINTRAC in the Summons and Complaint created confusion as to whether FINTRAC was a proper party in this action. On May 16, 2006 less than

one week after receiving the Complaint, FINTRAC wrote the U.S. Marshals Service asking to be removed from the case due to these factual inaccuracies. This letter was docketed on May 26, 2006. In late June, FINTRAC was informed by the United States District Court for the District of Columbia that it must appear in this matter. Thereafter, FINTRAC retained U.S. counsel. These events caused a delay in filing FINTRAC's reply beyond July 10, 2006.

Counsel attempted to confer with plaintiff, pursuant to Local Rule 7(m), but was unable to reach him. No prejudice will result to plaintiff from this one week delay.

A proposed order is attached.

July 18, 2006                                    Respectfully submitted,


/s/ Mark J. Biros_____
Mark J. Biros (D.C. Bar No. 181719)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C.  20004-
(202) 416-6800

*Attorney for Defendant FINTRAC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served this 18th day of July, 2006 in accordance with the Court's procedures for electronic filing.

In addition, I certify that a copy of the foregoing was sent by first-class mail, postage prepaid, to: Dr. Monroe R. Parker, 5174 McGinnis Ferry Road, Suite 108, Alpharetta, Georgia 30005.

                                                ___/s/ Mark J. Biros_____
                                                Mark J. Biros