UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MONROE PARKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1-06CV00737 |
| versus ) | Judge Emmet G. Sullivan |
| ) | |
| EDWARD JONES, ET AL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon Consideration of Defendant Financial Transactions and Reports Analysis Centre of Canada's ("FINTRAC") Motion for Leave to File Out of Time, it is this _____ day of _____ 2006, hereby

ORDERED, that the motion be, and hereby is, GRANTED.

_____
Emmet G. Sullivan
United States District Judge