UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MONROE PARKER, JR., )<br>)<br>Plaintiff, )<br>)<br>versus )<br>)<br>EDWARD JONES, ET AL, )<br>)<br>Defendants. ) | Case No. 1-06CV00737<br>Judge Emmet G. Sullivan |

**ORDER**

Upon Consideration of Defendant Financial Transactions and Reports Analysis Centre of Canada's ("FINTRAC") Motion to Dismiss, and the filings relating thereto, it is this ____ day of ____ 2006, hereby

ORDERED, that the motion be, and hereby is, GRANTED, and it is FURTHER ORDERED, that the Complaint be dismissed with respect to FINTRAC.

_____
Emmet G. Sullivan
United States District Judge