UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE R. PARKER, JR., | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-0737 (EGS) |
| EDWARD JONES, *et al.*, | ) |
|     Defendants. | ) |

ORDER

Pending before the Court is the motion of Financial Transactions and Reports Analysis Centre of Canada ("FINTRAC") to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (b)(2) and (b)(6). Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice… should include an explanation that the failure to respond…may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiff shall respond to FINTRAC's motion by **August 21, 2006**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and will

2

dismiss the complaint against this movant and, pursuant to 28 U.S.C. § 1915(e)(2), may dismiss the case in its entirety.

.

                                              SIGNED: EMMET G. SULLIVAN  
                                              UNITED STATES DISTRICT JUDGE

DATE: July 18, 2006