RECEIVED
JUL 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

Monroe R. Parker, Jr.,
    Plaintiff,
  v.                    Civil Action No. 06-0737(EGS)
Edward Jones, et al.,
    Defendants.

## Motion In Opposition

Now Comes plaintiff pro se Monroe R. Parker, Jr., before this Court seeking an Order, denying the Defendants' Motion To Dismiss. In support of, shows that competent evidence, and supporting documents and other materials filed herein, supports his Motion In Opposition.

Dated: July 17, 2006

                                                  *Monroe R. Parker, Jr.*
                                                  Monroe R. Parker, Jr.
                                                  325 Lum Crowe Road
                                                  Roswell, Georgia 30075
                                                  678-357-1894

Memorandum Of Law

Plaintiff shows that he is entitled to relief, because his allegations have not been denied by the defendants. See Conley v. Gibson, supra. The defendants have failed to respond to his request for mediation. The Defendants chose a road of smear and slander. Plaintiff shows that his rights have been violated by each and every defendant. That he is entitled to a jury trial.

Monroe R. Parker, Jr.

# Certificate Of Service

I have by U.S. Mail served the defendant with an answer [Motion In Opposition as follows

James F. Gehrke
1747 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Bank of America:
401 N. Tryon Street
NC1 021 02-20
Charlotte, NC 28255

Attorney Donald Eugene English Jr.
10 Light Street
Miles + Stockbridge
Baltimore, Maryland 21202-143

Robert Wilson
211 Consumers Rd.
North York, Ontario M2H3W2
Canada

Andrew Sylman
44 Huntley Street
Toronto, ON, Canada, M2M8X5

THAI TRINH
12308 Royal Palm Blvd.
Coral Springs, FL. 33071

Monroe R. Parker, Jr.