UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MONROE R. PARKER, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDWARD JONES, et al., )<br>)<br>Defendants. ) | No. 1-06CV00737<br><br>Hon. Emmet G. Sullivan |

_____

### REPLY MEMORANDUM IN
### SUPPORT OF DEFENDANT EDWARD JONES' MOTION TO
### DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT

In response to Defendant Edward D. Jones & Co. L.P ("Edward Jones") motion to dismiss, Plaintiff has filed a "Motion in Opposition" and a "Memorandum of Law." Neither of these one-page, hand-written documents address any of the points raised in Edward Jones' Motion to Dismiss, thereby conceding that his complaint must be dismissed. Instead, Plaintiff relies on unidentified, "competent evidence" that is not a part of the record in this case and, in any event, is wholly irrelevant to Edward Jones' motion on the pleadings.

Plaintiff's Complaint remains the same disjointed, incoherent series of allegations that fails to meet the pleading requirements of Fed. R. Civ. P. 8(a), 9(b) or 12(b)(6). When these pleading standards are not met, "a claim <u>must</u> be dismissed," whether filed by a pro se litigant or one represented by counsel. <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989). Defendant Edward Jones therefore respectfully requests that Plaintiff's claims be dismissed. Further, given the absence of any merit in

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

Plaintiff's claims or Plaintiff's response to Edward Jones' Motion to Dismiss, Defendant Edward Jones respectfully requests that the Court decide this motion on the briefs and without oral argument, which is unneeded and would be an unnecessary expense.

    Respectfully submitted,

    **BUTZEL LONG**

    By: /s/   James F. Gehrke

    James F. Gehrke (Bar No. 497193)
    Suite 300
    1747 Pennsylvania Avenue N.W.
    Washington, D.C. 20006
    Telephone (202) 454-2888
    E-mail: gehrke@butzel.com

    **Attorneys for Defendant Edward D. Jones & Co., L.P.**

Dated:  July 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MONROE R. PARKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1-06CV00737 |
| vs. ) | |
| ) | Hon. Emmet G. Sullivan |
| EDWARD JONES, et al., ) | |
| ) | |
| Defendants. ) | |

_____

### CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties for which counsel have registered to use ECF and I hereby certify that I have mailed by U.S. Postal Service the paper to the non-ECF participant(s):

    Monroe R. Parker, Jr.
    325 Lum Crowe Road
    Roswell, GA  30075

    /s/  James F. Gehrke
    James F. Gehrke (Bar No. 497193)
    Butzel Long
    Suite 300
    1747 Pennsylvania Avenue N.W.
    Washington, D.C. 20006
    Telephone (202) 454-2888
    E-mail: gehrke@butzel.com
    **Attorneys for Defendant Edward D. Jones & Co., L.P.**

Dated:  July 25, 2006

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS