UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. MONROE R. PARKER, JR.,      )
                              )
      Plaintiff,          )
                              )     No. 1-06CV00737
vs.                        )
                              )     Hon. Emmet G. Sullivan
EDWARD JONES, et al.,         )
                              )
      Defendants.     )

_____

**REPLY MEMORANDUM IN
SUPPORT OF DEFENDANT EDWARD JONES' MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**

In response to Defendant Edward D. Jones & Co. L.P ("Edward Jones")

motion to dismiss, Plaintiff has filed a "Motion in Opposition" and a "Memorandum of

Law." Neither of these one-page, hand-written documents address any of the points

raised in Edward Jones' Motion to Dismiss, thereby conceding that his complaint

must be dismissed. Instead, Plaintiff relies on unidentified, "competent evidence" that

is not a part of the record in this case and, in any event, is wholly irrelevant to Edward

Jones' motion on the pleadings.

Plaintiff's Complaint remains the same disjointed, incoherent series of

allegations that fails to meet the pleading requirements of Fed. R. Civ. P. 8(a), 9(b) or

12(b)(6). When these pleading standards are not met, "a claim <u>must</u> be dismissed,"

whether filed by a pro se litigant or one represented by counsel. <u>Neitzke v. Williams</u>,

490 U.S. 319, 327 (1989). Defendant Edward Jones therefore respectfully requests

that Plaintiff's claims be dismissed. Further, given the absence of any merit in

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

Plaintiff's claims or Plaintiff's response to Edward Jones' Motion to Dismiss,

Defendant Edward Jones respectfully requests that the Court decide this motion on

the briefs and without oral argument, which is unneeded and would be an

unnecessary expense.

Respectfully submitted,

**BUTZEL LONG**

By:  /s/    James F. Gehrke

James F. Gehrke (Bar No. 497193)
Suite 300
1747 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone (202) 454-2888
E-mail:  gehrke@butzel.com

**Attorneys for Defendant Edward D. Jones & Co., L.P.**

Dated:  July 25, 2006

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

000110259\0048\857015-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. MONROE R. PARKER, JR.,      )
                                             )
        Plaintiff,              )
                                             )     No. 1-06CV00737
vs.                                     )
                                           )     Hon. Emmet G. Sullivan
EDWARD JONES, et al.,          )
                                           )
        Defendants.        )

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties for which counsel have registered to use ECF and I hereby certify that I have mailed by U.S. Postal Service the paper to the non-ECF participant(s):

Monroe R. Parker, Jr.
325 Lum Crowe Road
Roswell, GA  30075

/s/  James F. Gehrke
James F. Gehrke (Bar No. 497193)
Butzel Long
Suite 300
1747 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone (202) 454-2888
E-mail: gehrke@butzel.com
**Attorneys for Defendant Edward D. Jones & Co., L.P.**

Dated:  July 25, 2006

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS