UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. MONROE PARKER, JR., )<br>)<br>Plaintiff, )<br>)<br>versus )<br>)<br>EDWARD JONES, ET AL, )<br>)<br>Defendants. ) | Case No. 1-06CV00737<br>Judge Emmet G. Sullivan |

**DEFENDANT FINTRAC'S MOTION TO DISMISS FOR
PLAINTIFF'S FAILURE TO RESPOND TO FINTRAC'S PRIOR MOTION
TO DISMISS AS REQUIRED BY ORDER AND LOCAL RULE 7(B)**

Defendant Financial Transactions and Reports Analysis Centre of Canada ("FINTRAC") respectfully moves this Court to dismiss the Complaint in this matter due to the plaintiff's failure to respond to the previous Motion to Dismiss as required by the Order entered on July 18, 2006 and Local Rule 7(b).  A proposed Order is attached.

January 23, 2007                                                    Respectfully submitted,

/s/ Mark J. Biros
Mark J. Biros (D.C. Bar No. 181719)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C.  20004-2533
(202) 416-6800

*Attorney for Defendant FINTRAC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served this 23rd day of January, 2007 in accordance with the Court's procedures for electronic filing.

In addition, I certify that a copy of the foregoing was sent by first-class mail, postage prepaid, to: Dr. Monroe R. Parker, 5174 McGinnis Ferry Road, Suite 108, Alpharetta, Georgia 30005.

                                              ___/s/ Mark J. Biros_____
                                              Mark J. Biros