**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. MONROE PARKER, JR., )<br>)<br>    Plaintiff, )<br>)    Case No. 1-06CV00737<br>    versus )    Judge Emmet G. Sullivan<br>)<br>EDWARD JONES, ET AL, )<br>)<br>    Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT FINTRAC'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO RESPOND TO FINTRAC'S PRIOR MOTION TO DISMISS AS REQUIRED BY ORDER AND LOCAL RULE 7(B)**

Defendant Financial Transactions and Reports Analysis Centre of Canada ("FINTRAC") respectfully submits this Memorandum of Points and Authorities in support its Motion to Dismiss the Complaint due to the plaintiff's failure to respond to the previous Motion to Dismiss as required by the Order entered on July 18, 2006 and Local Rule 7(b).

On July 18, 2006 FINTRAC filed a Motion to Dismiss the plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6). In the Complaint, the plaintiff did not plead a cognizable injury, thus failed to state a claim upon which relief can be granted. Further, the plaintiff did not plead the Court's general or specific jurisdiction over FINTRAC, a Canadian entity.

The same day that FINTRAC filed this Motion to Dismiss, this Court issued an Order directing that

plaintiff shall respond to FINTRAC's motion by **August 21, 2006**. If plaintiff does not respond by that date the Court will treat the motion as conceded and will dismiss the complaint against the movant and, pursuant to 28 U.S.C. § 1915(e)(2), may dismiss the case in its entirety.

(Order 1-2, July 18, 2007) (emphasis in original).

Plaintiff has never responded to FINTRAC's Motion to Dismiss. Local Rule 7(b) authorizes the Court to dismiss this action based solely on plaintiff's failure to respond. *See e.g., Spencer-Jeffries v. Chase Home Finance, LLC*, No. 06-1520, 2006 U.S. Dist. Lexis 90924 *2 (D.D.C. December 18, 2006) (granting motion to dismiss when *pro se* plaintiff failed to file a response as directed by the Court). Accordingly, the Complaint should be dismissed as to FINTRAC due to the plaintiff's failure to respond in violation of the Court's July 18, 2006 Order.

January 23, 2007                                                                 Respectfully submitted,

  /s/ Mark J. Biros
Mark J. Biros (D.C. Bar No. 181719)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
(202) 416-6800

*Attorney for Defendant FINTRAC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served this 23rd day of January, 2007 in accordance with the Court's procedures for electronic filing.

In addition, I certify that a copy of the foregoing was sent by first-class mail, postage prepaid, to: Dr. Monroe R. Parker, 5174 McGinnis Ferry Road, Suite 108, Alpharetta, Georgia 30005.

                                                /s/ Mark J. Biros
                                               Mark J. Biros