UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONROE R. PARKER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0737 (EGS) |
| EDWARD JONES, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion it is

ORDERED that Bank of America, N.A's motion to dismiss [Dkt. No. 7] is GRANTED; it is

FURTHER ORDERED that Edward D. Jones' motion to dismiss [Dkt. No. 9] is GRANTED; it is

FURTHER ORDERED that Financial Transactions and Reports Analysis Centre of Canada's motions to dismiss [Dkt. Nos. 16, 22] are GRANTED as conceded; it is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the complaint against the remaining defendants is dismissed; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: February 12, 2007